# Law Offices of
# Daniel A. McGuinness, P.C.

353 Lexington Ave., Suite 900, New York, NY 10016
Tel: (646) 360-0436 • Fax (888) 679-0585 • Dan@LegalMCG.com

June 5, 2023

<u>VIA ECF</u>

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007



Re: *United States v. Jeremy Cedeno*, 21 Cr. 17 (KPF)

Dear Judge Failla,

    I represent Jeremy Cedeno in the above matter. I write to request a 60-day adjournment of sentencing. Mr. Cedeno's sentencing is currently scheduled for June 15, 2023 at 2:30pm. This is the first such request. The government consents to this request. I am making this request because the PSR calculates Mr. Cedeno's criminal history differently than the parties agreed to his plea agreement, and I am seeking materials related to prior convictions to determine the correct calculation. Additionally, I am still awaiting other materials related to sentencing. As such, I am respectfully requesting a 60-day adjournment of sentencing.

    I thank the Court in advance for its attention to this matter. Please contact me if any additional information would be helpful to facilitate this request.

Sincerely,

Daniel A. McGuinness

CC:    All counsel (via ECF)

Application GRANTED.  The sentencing currently scheduled for June 15, 2023, is hereby ADJOURNED to **August 17, 2023, at 11:00 a.m.**

The Clerk of Court is directed to terminate the pending motion at docket number 182.

Dated:     June 6, 2023                SO ORDERED.
           New York, New York

                                       *[signature: Katherine Polk Failla]*

                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE