UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v.- | 21 Cr. 17-4 (KPF) |
| JEREMY CEDENO, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

On or about January 29, 2026, the Court received from Mr. Cedeno a motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A). (*See* Dkt. #396). The Government is ORDERED to respond to the motion on or before **March 20, 2026**. In its response, the Government should also address whether any part of the motion should be analyzed under 18 U.S.C. § 3582(c)(2).

The Clerk of Court is directed to mail a copy of this Order to Mr. Cedeno at the following address:

Jeremy Cedeno
Register Number 24706-509
FCI Ray Brook
Federal Correctional Institution
P.O. Box 900
Ray Brook, NY 12977

SO ORDERED.

Dated:  February 3, 2026
        New York, New York

KATHERINE POLK FAILLA
United States District Judge