UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v.- | 21 Cr. 17-4 (KPF) |
| JEREMY CEDENO, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

On or about January 29, 2026, the Court received from Mr. Cedeno a motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A). (Dkt. #396). On February 3, 2026, the Court ordered the Government to respond to Mr. Cedeno's motion. (Dkt. #398). Upon further review of the motion, the Court finds that Mr. Cedeno would benefit from the appointment of CJA counsel. As such, and understanding that she has no conflicts, the Court hereby appoints Ms. Jordan L. Estes as CJA counsel for Mr. Cedeno.

The Court ORDERS counsel for all parties to appear for a telephonic conference on **February 18, 2026,** at **10:00 a.m.** At the scheduled time, the parties are to call (855) 244-8681 and enter access code 2315 780 7370.

The Warden or other official in charge of the FCI Ray Brook shall produce prisoner Jeremy Cedeno, USM #24706-509, at a suitable location within the FCI Ray Brook facility equipped with a telephone for the purpose of participating by telephone in the conference with the Court and defense counsel in the above referenced matter. If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling (212) 805-0290.

Counsel for Defendant, Ms. Estes, must (i) transmit this Order to the Warden forthwith and (ii) contact the FCI Ray Brook facility forthwith to arrange the call.

The Clerk of Court is directed to mail a copy of this Order to Mr. Cedeno at the following address:

> Jeremy Cedeno
> Register Number 24706-509
> FCI Ray Brook
> Federal Correctional Institution
> P.O. Box 900
> Ray Brook, NY 12977

SO ORDERED.

Dated:    February 9, 2026
            New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge