UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v.- | 21 Cr. 17-4 (KPF) |
| JEREMY CEDENO, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

A telephonic conference is scheduled for **March 18, 2026,** at **2:30 p.m.** At the scheduled time, the parties are to call (855) 244-8681 and enter access code 2315 780 7370.

The Warden or other official in charge of the FCI Ray Brook shall produce prisoner Jeremy Cedeno, USM #24706-509, at a suitable location within the FCI Ray Brook facility equipped with a telephone for the purpose of participating by telephone in the conference with the Court in the above referenced matter.  If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling (212) 805-0290.

Counsel for Defendant shall (i) transmit this Order to the Warden forthwith and (ii) contact the FCI Ray Brook facility forthwith to arrange the call.

The Clerk of Court is directed to mail a copy of this Order to Mr. Cedeno at the following address:

Jeremy Cedeno
Register Number 24706-509
FCI Ray Brook

Federal Correctional Institution
P.O. Box 900
Ray Brook, NY 12977

SO ORDERED.

Dated:    March 16, 2026
          New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge